IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF ) | |
| THE EXTRADITION OF ) | No. 24-mj-01365-DLC |
| EYLEM TOK and T.C. ) | |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America hereby moves this Court to direct that the complaint as to Eylem Tok be unsealed in its entirety and that the complaint as to T.C. be unsealed insofar as it identifies T.C. by initials, as T.C. is under the age of 18. In support of this motion, the government states that Eylem Tok and T.C. were arrested on June 14, 2024, and that there is no further reason to keep the complaints secret.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   /s/ Kristen A. Kearney
KRISTEN A. KEARNEY
Assistant U.S. Attorney

Date:  June 14, 2024