IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF ) | |
| THE EXTRADITION OF ) | No. 24-mj-01365-DLC |
| EYLEM TOK and T.C. ) | |

**GOVERNMENT'S ASSENTED-TO MOTION
TO SEAL EXHIBITS 1 TO COMPLAINTS**

The United States of America hereby moves this Court to seal Exhibit 1 to the complaint as to Eylem Tok (Dkt. 5) and Exhibit 1 to the complaint as to T.C. (Dkt. 5-1). As grounds for this motion, the government states that the respective Exhibits 1 to each complaint identify T.C., who is not yet 18 years of age, as well as witnesses under the age of 18 years, by name. The government proposes to file redacted versions of the respective Exhibits 1 on the docket. Counsel for Tok and T.C. assent to this motion.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:  /s/ Kristen A. Kearney
KRISTEN A. KEARNEY
Assistant U.S. Attorney

Date:  June 17, 2024

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I hereby certify pursuant to Local Rule 7.1 that I have conferred with Brendan Kelly, Esq., counsel for Eylem Tok, and Victoria Kelleher, Esq., counsel for T.C., and they assent to this motion to seal.

/s/ Kristen A. Kearney
KRISTEN A. KEARNEY
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                */s/ Kristen A. Kearney*
                                                KRISTEN A. KEARNEY
                                                Assistant U.S. Attorney