UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF EYLEM TOK | Docket No. 24-mj-01365-DLC |

### NOTICE OF APPEARANCE

Please enter my appearance on behalf of Eylem Tok in the above-captioned matter.

Respectfully submitted,

/s/ Emma Quinn-Judge
Emma Quinn-Judge (BBO #664798)
Zalkind Duncan & Bernstein LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020
equinn-judge@zalkindlaw.com

Dated: June 25, 2024

### CERTIFICATE OF SERVICE

I, Emma Quinn-Judge, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 25, 2024.

/s/ Emma Quinn-Judge
Emma Quinn-Judge