IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF ) | |
| THE EXTRADITION OF ) | No. 24-mj-01365-DLC |
| EYLEM TOK ) | |

**GOVERNMENT'S ASSENTED-TO MOTION
TO SEAL EXHIBIT A TO GOVERNMENT'S OPPOSITION
TO EYLEM TOK'S MOTION TO DISMISS COMPLAINT**

The United States of America hereby moves this Court to seal Exhibit A to the government's opposition to Eylem Tok's motion to dismiss the complaint. As grounds for this motion, the government states that Exhibit A, an advance copy of a supplement from the Government of Türkiye, identifies T.C., who is not yet 18 years of age, as well as the victims, by name. The government proposes to file a redacted version of Exhibit A on the docket. Counsel for Tok assents to this motion.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   /s/ Kristen A. Kearney
       KRISTEN A. KEARNEY
       Assistant U.S. Attorney

Date:  June 25, 2024

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I hereby certify pursuant to Local Rule 7.1 that I have conferred with Emma Quinn-Judge, Esq., counsel for Eylem Tok, and she assents to this motion to seal.

/s/ Kristen A. Kearney
KRISTEN A. KEARNEY
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                      */s/ Kristen A. Kearney*
                                      KRISTEN A. KEARNEY
                                      Assistant U.S. Attorney