# EXHIBIT B



United States Department of State

Washington, D.C.  20520

June 25, 2024

Kristen A. Kearney
Assistant United States Attorney
United States Attorney's Office for the District of Massachusetts
John Joseph Moakley United States Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Dear Ms. Kearney,

    Please be advised that, based on new information informally received from the Government of Turkey, the Department of State has determined that both offenses for which Turkey originally requested Eylem Tok's extradition meet the relevant requirements under the applicable bilateral extradition treaty between the United States and Turkey. Initially, the Department assessed that only the charge of protecting an offender should be forwarded to the court for its consideration. However, the new information provided by Turkey in support of its request is sufficient for the Department to forward the offense of destroying, concealing or altering evidence to the court for consideration as well.

    Accordingly, once Turkey formally submits the new information to the Department through the diplomatic channel, as required by the treaty, I anticipate signing a new declaration in this case, making clear that the Department believes that both offenses in the original Turkish request are extraditable offenses under the treaty.

Sincerely,

Tom Heinemann
Attorney Adviser
Law Enforcement and Intelligence
U.S Department of State