IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF )<br>THE EXTRADITION OF )<br>EYLEM TOK ) | No. 24-mj-01365-DLC |

**GOVERNMENT'S ASSENTED-TO MOTION
TO SEAL EXHIBIT 1 TO AMENDED COMPLAINT**

The United States of America hereby moves this Court to seal Exhibit 1 to the forthcoming amended complaint as to Eylem Tok. As grounds for this motion, the government states that Exhibit 1 identifies T.C., who is not yet 18 years of age, as well as witnesses under the age of 18 years, by name. The government proposes to file a redacted version of the exhibit on the docket. Counsel for Tok assents to this motion.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: /s/ Kristen A. Kearney
KRISTEN A. KEARNEY
Assistant U.S. Attorney

Date: June 28, 2024

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I hereby certify pursuant to Local Rule 7.1 that I have conferred with Emma Quinn-Judge and David Russcol, counsel for Eylem Tok, and they assent to this motion to seal.

/s/ Kristen A. Kearney
KRISTEN A. KEARNEY
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                          */s/ Kristen A. Kearney*
                                          KRISTEN A. KEARNEY
                                          Assistant U.S. Attorney