IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN THE MATTER OF                 )
THE EXTRADITION OF           )       No. 24-mj-01365-DLC
EYLEM TOK                   )

**GOVERNMENT'S EXHIBIT 1**
**TO AMENDED COMPLAINT AS TO EYLEM TOK (Dkt. 54)**

The United States of America hereby files a redacted copy of Exhibit 1 to the Amended Complaint as to Eylem Tok (Dkt. 54). Because of the file size, the government has broken Exhibit 1 into four parts (A, B, C, and D).

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:    */s/ Kristen A. Kearney*
        KRISTEN A. KEARNEY
        Assistant U.S. Attorney

Date: July 17, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Kristen A. Kearney*
KRISTEN A. KEARNEY
Assistant U.S. Attorney