UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF
THE EXTRADITION OF
EYLEM TOK

Docket No. 24-mj-01365-DLC

### EYLEM TOK'S ASSENTED-TO MOTION FOR CLARIFICATION OR ORDER

Eylem Tok respectfully moves this Court to clarify its previous entry (D. 163).  On February 13, 2025, the Court allowed in part and denied in part Tok's motion to stay (D. 158), and entered the Court's understanding of the position taken by the government in its Notice of February 13, 2025 (D. 162).  Ms. Tok seeks to clarify that the Court's entry (D. 163) is an order requiring the government to comply with its stated position (D. 162), and that the Court allowed Ms. Tok's motion to stay to the extent it sought (1) an order that the Secretary of State not issue a surrender warrant for Ms. Tok or surrender her to the Republic of Türkiye for 28 days from the date her Certification and Committal for Extradition is entered on the Court's docket, and (2), an order that, upon Ms. Tok's filing of a habeas petition challenging her Certification order within 28 days of entry of that order, the Secretary of State not issue a surrender warrant for Tok or surrender her to Türkiye unless and until the District Court denies the habeas petition.  In the alternative, Ms. Tok requests the Court enter such an order.  The government assents to this request.

1

Respectfully submitted,

EYLEM TOK,
By her attorneys,

/s/ Jennifer M. Herrmann
Emma Quinn-Judge (BBO #664798)
David A. Russcol (BBO #670768)
Jennifer M. Herrmann (BBO # 708231)
Zalkind Duncan & Bernstein LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020
equinn-judge@zalkindlaw.com
drusscol@zalkindlaw.com
jherrmann@zalkindlaw.com

Dated: February 14, 2025

## <u>CERTIFICATE OF LOCAL RULE 7.1 COMPLIANCE</u>

      I hereby certify that, pursuant to Local Rule 7.1(a)(2), Counsel for Ms. Tok and the United States have conferred and have attempted in good faith to resolve or narrow the issue.

/s/ Jennifer M. Herrmann      
Jennifer M. Herrmann

## <u>CERTIFICATE OF SERVICE</u>

      I, Jennifer M. Herrmann, hereby certify that this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Jennifer M. Herrmann      
Jennifer M. Herrmann
